IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TOMAS D. CUESTA, SR.,

    Petitioner,

v.

STATE OF WISCONSIN and
WARDEN WILLIAM POLLARD,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-107-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that the petition of Tomas D. Cuesta, Sr. for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice as an unauthorized successive petition over which this court lacks jurisdiction.

_____      _____
Peter Oppeneer, Clerk of Court               1/27/11
                                                                                   Date